

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2019

No. 04-19-00415-CV

**IN THE MATTER OF J.A.M.**

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2019JUV00012
The Honorable Arcelia Trevino, Judge Presiding

# O R D E R

The reporter's record is overdue, and the court reporter has not filed a notice of late record. This court notified the court reporter in a letter that the record was overdue and required the reporter's record to be filed within 30 days of the letter. The reporter's record has not been filed, and we have received no response to our letter.

We **order** the court reporter, Blanca Espericueta, to file the record in this court within 10 days of this order. The court reporter is advised that the court will not grant a further extension of time unless a response is filed that (1) establishes there are extraordinary circumstances that prevent the timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance that the record will be completed and filed by the requested extended deadline. The court reporter is further advised that if the record or a timely and sufficient response is not filed by the date ordered, we may order the court reporter to appear and show cause why this court should not hold the court reporter in contempt of court.

We further **order** the clerk of this court to serve this order on Blanca Espericueta by certified mail, return receipt requested, and by first class United States mail. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," Tex. R. App. P. 35.3(c), we also **order** the clerk of this court to serve a copy of this order on the trial court.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2019.



Keith E. Hottle,
Clerk of Court